**SIERRA CLUB; Wilderness Society; Texas Committee on Natural Resources, Plaintiffs–Appellees,**

v.

**R. Max PETERSON, et al., Defendants,**

**Daniel Glickman, In his official capacity as the Secretary of the Department of Agriculture; Gloria Manning, In her official capacity as the Acting Regional Forester, U.S. Forest Service, Region 8; Michael Dombeck, In his official capacity as Chief, U.S. Forest Service; Ronald Raum, In his official capacity as the Forest Supervisor, National Forests and Grasslands in Texas, Defendants–Appellants,**

**Texas Forestry Association; Southern Timber Purchasers Council, Intervenors–Defendants–Appellants.**

**No. 97–41274.**

United States Court of Appeals, Fifth Circuit.

Jan. 21, 2000.

Mary Alice Van Kerrebrook (argued), Wilson, Cribbs, Goren & Flaum, Houston, TX, for Sierra Club.

Ingrid Karin Hansen, Ashley Kingsland Wadick (argued), Austin, TX, for Wilderness Society.

Edward C. Fritz, Dallas, TX, for Texas Committee On Natural Resources.

David C. Shilton, Elizabeth Ann Peterson, Lisa Holden (General Litigation Section), U.S. Dept. of Justice, Environment & Natural Resources Div., Washington, DC, Ruth Harris Yeager, Tyler, TX, Wells D. Burgess, U.S. Dept. of Justice, Land & Natural Resources Div., Stephanie Marie Parent, U.S. Dept. of Justice, Washington, DC, Robert L. Klarquist (argued), U.S. Dept. of Justice, Environment & Natural Resource Div., Arlington, VA, for Glickman, Manning, Dombeck and Raum.

ON PETITIONS FOR REHEARING EN BANC

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART and DENNIS, Circuit Judges.*

BY THE COURT:

A member of the Court in active service having requested a poll on the petitions for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

* Judge Parker is recused and did not participate in this matter.